Peter Elish, Washington County Controller, Appellant, *v.* Pennsylvania Labor Relations Board, Appellee.

Argued November 7, 1973, before President Judge BOWMAN and Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MENCER, ROGERS and BLATT.

*Frank C. Roney,* for appellant.

*Raymond W. Cromer,* Assistant Attorney General, with him *James F. Wildeman,* Assistant Attorney General, *Francis A. Zulli,* Assistant Attorney General, and *James L. Crawford,* Assistant Attorney General, for appellee.

OPINION BY PRESIDENT JUDGE BOWMAN, March 5, 1974:

In this appeal, appellant, county controller asserts that the County Salary Board of which he is a member is the public employer of the employees of the county within the meaning of the Act.

For the reason set forth in our opinion handed down this day in *Sweet v. Pennsylvania Labor Relations Board,* 12 Pa. Commonwealth Ct. 358, 316 A. 2d 665 (1974), we believe this appeal to be without merit.

ORDER

Now, March 5, 1974, the order of the Pennsylvania Labor Relations Board from which the above appeal is taken is affirmed.

---

DISSENTING OPINION BY JUDGE MENCER:

For the reasons set forth in my dissenting opinion filed this day in *Sweet v. Pennsylvania Labor Relations Board,* 12 Pa. Commonwealth Ct. 358, 316 A. 2d 665 (1974), I would reverse the Order of the Pennsylvania Labor Relations Board and remand this case for further proceedings not inconsistent with my dissenting opinion filed in *Sweet.*

Judges CRUMLISH, JR. and KRAMER join in this dissent.